STUART HANLON, CSBN: 66104
SARA RIEF, CSBN: 227279
Law Office of Hanlon & Rief
1663 Mission, 2nd Floor
San Francisco, CA 94103
(415) 864-5600
sara@stuarthanlonlaw.com

Attorney for Defendant
HEZEKIAH HOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> CHRISTIAN BELL, ) <br> HEZEKIAH HOWARD, ) <br> and DEANTE SANDERS. ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | No. CR 18-587 JST <br><br> **STIUPLATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

Defense counsel is requesting that the status conference currently set for April 19, 2019 at 9:30 a.m. be continued until May 17, 2019 at 9:30 a.m. Since the last appearance before this Court, the government has provided plea agreements to each defendant. Further, defense counsel are in the process of seeking appointment for a firearm expert and has requested an evidence view for the expert to attend and review the evidence. After the evidence view, defense counsel will need additional time to meet with their clients. Given these factors, it is requested that the status conference be continued to give the parties the additional time necessary to provide effective assistance of counsel.

Subject to the confirming order of the Court, the parties agree that time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) for the necessary and

effective preparation of defense counsel taking into account the exercise of due diligence and for continuity of counsel.

Dated: April 16, 2019         /s/ _____
                              RICHARD MAZER
                              Attorney for Defendant
                              CHRISTIAN BELL

Dated: April 16, 2019         /s/ _____
                              SARA RIEF
                              Attorney for Defendant
                              HEZEKIAH HOWARD

Dated: April 16, 2019         /s/ _____
                              ADAM PENNELLA
                              Attorney for Defendant
                              DEANT SANDERS

Dated: April 16, 2019         /s/ _____
                              MEREDITH OSBORN
                              Assistant United States Attorney

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that the currently set status hearing for April 19, 2019 at 9:30 a.m. be continued until May 17, 2019 at 9: 30 a.m.

**IT IS FURTHER ORDERED**, based on the representations of the parties, that the time between January 23, 2019 and March 6, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: April 16, 2019

_____
HON. JUDGE JON S. TIGAR
UNITED STATES DISTRICT COURT