JULIA JAYNE (State Bar No. 202753)
Email: julia@jaynelawgroup.com
JAYNE LAW GROUP, P.C.
803 Hearst Ave.
Berkeley, CA 94710
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorney for Defendant
CHRISTIAN BELL

**FILED**

Jun 11 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN BELL,<br><br>    Defendant. | Case No. CR 18-00587 JST<br><br>[PROPOSED] ORDER RELEASING DEFENDANT **AND CONDITIONS FOR RELEASE PENDING THE REVOCATION HEARING** |

IT IS HEREBY ORDERED that the U.S. Marshals release defendant CHRISTIAN BELL from their custody **as soon as a bed is available at the Taylor Street Halfway House.  Upon release,** Defendant shall immediately report to the Taylor Street Halfway House located at 111 Taylor Street, San Francisco and continue to abide by the conditions of his Supervised Release.

Mr. Bell shall reside at the Halfway House until the alleged violations of supervised release are resolved, and during this same period he shall be assessed for mental health treatment and he shall not drive any vehicle.

**IT IS SO ORDERED.**
DATED: 6/11/2025

_____
LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE